UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

NAHOKO MIZUTA, ET AL.,

                Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendants.
---

20-cv-1592 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report updating the Court regarding the status of this case by April 22, 2022.

SO ORDERED.

Dated:   New York, New York
          April 11, 2022

                                      John G. Koeltl
                                 United States District Judge