UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

NAHOKO MIZUTA, ET AL.,

                Plaintiffs,

    - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                Defendant.
───────────────────────────────────

20-cv-1592 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs filed the complaint in this action on February 24, 2020. The docket reflects that the plaintiffs have taken no further action to prosecute this case since that date.

    By Order dated April 11, 2022, the Court directed the parties to submit a status report by April 22, 2022. The parties failed to submit the required status report.

    The parties are directed to submit a status report updating the Court regarding the status of this case by May 2, 2022. If the parties fail to do so, this case will be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 41.

SO ORDERED.

Dated:    New York, New York
           April 25, 2022

                                         /s/ John G. Koeltl
                                           John G. Koeltl
                                    United States District Judge